**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 7:11-CR-38 (HL)** |
| vs. | : | **VIOLATIONS:** |
| **WILLIE J. ROYAL,** | : | 31 U.S.C. § 5324(a)(3) |
| | : | 18 U.S.C. § 2 |
| **Defendant.** | : | 31 U.S.C. § 5317 |

## FINAL ORDER OF FORFEITURE

On November 18, 2011, the United States, the Defendant, Willie J. Royal, and his wife Chi Sun Royal, a/k/a Ji Sun Royal, a/k/a Jin Soon Royal, through their counsel of record, Richard A. Rice., Jr., Esq., entered into a Stipulated Settlement Agreement and Release of Claims agreeing to the forfeiture of the following property to the United States:

### CURRENCY

A. $25,511.65 in United States funds, seized on June 3, 2009, from Bank Account Number 003255357024 in the name of Ji Sun Royal and Willie J. Royal, d/b/a Royal's Boutique, located at Bank of America, 3030 N. Patterson Street, Valdosta, Georgia 31602; and

B. $127,606.27 in United States funds, seized on June 3, 2009, from Certificate of Deposit Account Number 091000120756719 in the name of Chi Sun Royal, located at Bank of America, 3030 N. Patterson Street, Valdosta, Georgia 31602;

(hereinafter the "subject property").

On November 22, 2011, the Court entered a Consent Order and a Preliminary Order of Forfeiture against Willie J. Royal pursuant to Title 21, United States Code, Section 853(n), as incorporated by Title 31, United States Code, Section 5317, and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant Willie J. Royal.

Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

2. The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. § 853(n), as incorporated by 31, U.S.C. § 5317.

4. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture and the time for filing such petitions has now

expired.

THEREFORE IT IS HEREBY ORDERED THAT:

The Court's November 22, 2011, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law:

**CURRENCY**

 A. $25,511.65 in United States funds, seized on June 3, 2009, from Bank Account Number 003255357024 in the name of Ji Sun Royal and Willie J. Royal, d/b/a Royal's Boutique, located at Bank of America, 3030 N. Patterson Street, Valdosta, Georgia 31602; and

 B. $127,606.27 in United States funds, seized on June 3, 2009, from Certificate of Deposit Account Number 091000120756719 in the name of Chi Sun Royal, located at Bank of America, 3030 N. Patterson Street, Valdosta, Georgia 31602.

SO ORDERED, this 2nd day of March, 2012.

       s/ Hugh Lawson
       HUGH LAWSON, SENIOR JUDGE
       UNITED STATES DISTRICT COURT

PREPARED BY:
s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683